UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 02-CV-80527 – CIV-RYSKAMP

SEB S.A.,

    Plaintiff,

v.

SUNBEAM CORP. SUNBEAM PRODUCTS, INC.,
WING SHING INT'L LTD. (BVI), and
PENTALPHA ENTERS., LTD.,

    Defendants.

_____

SUNBEAM CORP., SUNBEAM PRODUCTS, INC.,

    Third-Party Plaintiffs/Counterdefendants,

v.

WING SHING INT'L, LTD. (BVI), and
GLOBAL-TECH APPLIANCES, INC.,

    Third-Party Defendants, and

PENTALPHA ENTERS., LTD.,

    Third-Party Defendant/Counterclaimant.

_____

**CONSOLIDATED MOTION FOR SUMMARY JUDGMENT ON
BEHALF OF SUNBEAM CORPORATION AND SUNBEAM PRODUCTS, INC.**

For the reasons and on the authority set forth in the Memorandum of Law in support of Sunbeam's Consolidated Motion for Summary Judgment, the Statement of Undisputed Facts and the Appendix to Sunbeam's Consolidated Motion for Summary Judgment, SUNBEAM

Case No.: 02-CV-80527 – CIV-RYSKAMP

CORPORATION and SUNBEAM PRODUCTS, INC. respectively request that this Honorable Court enter Final Summary Judgment in their favor.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been by U.S. Mail to William Dunnegan, Esq., Perkins & Dunnegan, 720 Fifth Avenue, New York, NY 10019 and David M. Kohane, Esq., Cole, Schotz, Meisel, Forman & Leonard, 25 Main Street, Hackensack, NJ 07602-0800, this 19 day of July, 2002.

Respectfully submitted,

| | |
|---|---|
| JENNER & BLOCK, LLC<br>Robert L. Byman<br>Clark C. Johnson<br>Bradley I. Schecter<br>One IBM Plaza<br>Chicago, IL 60611-7603<br>(312) 222-9350 | GREENBERG TRAURIG, P.A.<br>777 South Flagler Drive - Suite 300E<br>West Palm Beach, FL 33401<br>Telephone: (561) 650-7900<br>Facsimile: (561) 655-6222<br><br>By: _____<br>Mark F. Bideau<br>Florida Bar No. 564044<br>Lorie M. Gleim<br>Florida Bar No. 0069231 |

*Attorneys for SUNBEAM CORPORATION and SUNBEAM PRODUCTS, INC.*

\\wpb-srv01\BIDEAUM\388476v01\7/19/02\16560023400